County of Butte Silver Bow.

STATE OF MONTANA,
Plaintiff,                                    No. DC-99-134
vs.                                           Decision
RAYMOND E. FLOYD,
Defendant,

On February 23, 2001, the defendant was sentenced to twenty (20) years in the Montana State Prison for the offense of Forgery, a felony.

On May 17, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was advised of his right to be represented by counsel. Deirdre Caughlan, defendant's court appointed counsel, was also present. The defendant indicated that he was in the process of retaining new counsel to represent him in this matter. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed at this time.

Therefore, it is the unanimous decision of the Sentence Review Division that the defendant's application for review of sentence shall be continued until the next meeting of the Board, presently scheduled for July 19 and 20, 2001. This will allow the defendant time to retain new counsel, or in the alternative, appear before the Board with Deirdre Caughlan, his original court appointed counsel, and proceed with this hearing.

Done in open Court this 17th day of May, 2001.

DATED this 30th day of May, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

FROM: The District Court of the 17th Judicial District.
County of Valley.

STATE OF MONTANA,
Plaintiff,                                    No. 2191
vs.                                           Decision

**RUSSELL D. FOSTER,**
   **Defendant,**

On November 20, 2000, the defendant was sentenced to a four (4) year commitment to the Department of Corrections for violations of the conditions of a suspended sentence for the offense of Sexual Intercourse Without Consent.

On May 17, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by James Spangelo. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

It is the majority decision of the Sentence Review Division that the sentence shall be amended to a four (4) year commitment to the Department of Corrections, with the balance of this commitment suspended. The defendant shall be immediately released on probation, subject to the original conditions as imposed by Judge McKeon. The Board also imposes the condition that the defendant satisfactorily complete the chemical dependency treatment program that is recommended by Alternatives, Inc., which is where the defendant is presently seeking treatment, while on probation.

The reasons for the amendment are that, under the circumstances, the defendant has paid a significant enough price for the underlying offense and his violations, although they did require revocation, they did not require complete revocation. The Board feels, at this point, that the defendant is an acceptable risk to release on probation and, further more, he is in a position to work and support his family which could help remove them from public assistance to being more productive.

Done in open Court this 17th day of May, 2001.

DATED this 30th day of May, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski.

The Honorable Katherine R. Curtis dissents.

It is Judge Curtis' opinion that the sentence should be affirmed based on the fact that the defendant's continued offenses while on probation were significant. The defendant's present circumstances appear to be well designed to foster his rehabilitation, given that he is at the Billings pre-release center, working, and attending chemical

dependency treatment. The defendant is parole eligible and will apparently be paroled as soon as he completes the chemical dependency treatment program at Alternatives, Inc.

Member, Hon. Katherine R. Curtis.

**FROM: The District Court of the 17th Judicial District. County of Valley.**

STATE OF MONTANA,
    Plaintiff,                      No. 2191
vs.                              Amended Judgment
RUSSELL D. FOSTER,      and Commitment
    Defendant,

On November 20, 2000, the defendant was sentenced to a four (4) year commitment to the Department of Corrections for violations of the conditions of a suspended sentence for the offense of Sexual Intercourse Without Consent.

On May 17, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by James Spangelo. The state was not represented.

The Defendant having been duly informed of the amended judgment and commitment, and having waived his right to appear before the undersigned for this pronouncement of sentence, whereupon,

IT IS ORDERED, ADJUDGED AND DECREED that the sentence is amended to a four (4) year commitment to the Department of Corrections, with the balance of this commitment suspended. The defendant shall be immediately released on probation, subject to the original conditions as imposed by Judge McKeon. The Board also imposes the condition that the defendant satisfactorily complete the chemical dependency treatment program that is recommended by Alternatives, Inc., which is where the defendant is presently seeking treatment, while on probation.

DATED this 11th day of June, 2001.

Hon. Ted. L. Mizner, District Court Judge.

**FROM: The District Court of the 13th Judicial District. County of Yellowstone.**

STATE OF MONTANA,
    Plaintiff,                      No. DC-99-836